IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02590-PAB-KLM

DEBORAH ELLISTON, individually and as next friend of SARAH ELLISTON, a minor, and MISTY CAPERTON,

     Plaintiffs,

v.

KENNETH HADLEY, and
CHANTLER TRANSPORT, INC., a Canadian corporation,

     Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Parties' Joint Stipulated Motion to Amend Scheduling Order with Respect to Expert Disclosures** [Docket No. 33; Filed January 29, 2010] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order is modified to provide that the designation of expert witnesses deadline is March 1, 2010.

DATED:   January 29, 2010