IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02590-PAB-KLM

DEBORAH ELLISTON, individually and as next friend of SARAH ELLISTON, a minor, and MISTY CAPERTON,

    Plaintiffs,

v.

KENNETH HADLEY, and
CHANTLER TRANSPORT, INC., a Canadian corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion to Participate by Telephone at Court Settlement Conference** [Docket No. 44; Filed April 9, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Plaintiffs shall appear in person at the Settlement Conference set for April 16, 2010 at 1:30 p.m.

DATED: April 12, 2010