IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-02590-PAB-KLM

DEBORAH ELLISTON, et al.,

    Plaintiffs,

v.

KENNETH HADLEY, et al.,

    Defendants.

---

**ORDER**

---

    This matter is before the Court on the parties' Stipulation to Reopen Case and for Dismissal Pertaining to Plaintiff Deborah Elliston, as Next Friend of Sarah Elliston, a Minor ("Stipulation to Reopen Case") [Docket No. 64].  On September 23, 2010, plaintiff Deborah Elliston, who appears individually and as next friend of Sarah Elliston, and plaintiff Misty Caperton filed stipulations of dismissal signed by their counsel and counsel for defendants [Docket Nos. 61, 62].  The stipulations had the result of automatically dismissing the case without the issuance of a court order.  *See* Fed. R. Civ. P. 41(A)(1)(a)(ii).

    The Stipulation to Reopen Case states that the stipulation of dismissal filed by Deborah Elliston, and signed by the counsel representing her in her individual and next friend capacity, was intended only to dismiss claims she was bringing individually and not claims on behalf of Sarah Elliston.  According to the Stipulation to Reopen Case, the claims Deborah Elliston asserted on Sarah Elliston's behalf were settled as of

September 23, 2010, but the parties were awaiting appointment of a guardian *ad litem* and approval of the settlement by a Texas state court before they stipulated to dismissal of the claims in this case. *See* Docket No. 64 at 1, ¶ 2. The Texas court approved the settlement on October 21, 2010, and the parties now seek to reopen this case for the sole purpose of allowing the filing of the Stipulation and the dismissal of the claims plaintiff Deborah Elliston brought on Sarah Elliston's behalf. Wherefore, it is

**ORDERED** that the parties' Stipulation to Reopen Case and for Dismissal Pertaining to Plaintiff Deborah Elliston, as Next Friend of Sarah Elliston, a Minor [Docket No. 64] will be deemed a motion to reopen this case and a motion to dismiss claims of plaintiff Deborah Elliston, as next friend of Sarah Elliston, and is GRANTED. It is further

**ORDERED** that all claims in this action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), with each party to pay their own costs and attorney's fees.

DATED December 2, 2010.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge